# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00486-CV

**Kemper Lloyds Insurance Company, Appellant**

**v.**

**Texas Department of Insurance and the Commissioner of Insurance, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-05-004509, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss, stating that they have settled their dispute. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Henson

Dismissed on Joint Motion

Filed:   January 26, 2007